UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARKESHA JONES,

   Plaintiff,

CASE NO.: 3:19-CV-00383

-vs-

FIRST PREMIER BANK,

   Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Markesha Jones, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 16th day of August, 2019 to: T. William A. Caldwell, Esquire, 330 Commerce Street, Suite 110, Nashville, Tennessee 37201 (wcaldwell@ortalekelley.com).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
BPR #: 035859
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
mmartinez@forthepeople.com
*Counsel for Plaintiff*