IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARKESHA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:19–0383 |
| | ) | Judge Trauger |
| FIRST PREMIER BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by August 28, 2019.

It is so **ORDERED**.

ENTER this 16th day of August 2019.

_____
ALETA A. TRAUGER
U.S. District Judge