UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARKESHA JONES,

    Plaintiff,                  CASE NO.: 3:19-CV-00383

-vs-

FIRST PREMIER BANK,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    COME NOW the Plaintiff, Markesha Jones, and the Defendant, First Premier Bank, and

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim

and count therein asserted by Plaintiff against the Defendant in the above styled action, with

Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 28th day of August, 2019.


*/s/Frank H. Kerney, III, Esquire*         */s/T. William A. Caldwell, Esquire*
Frank H. Kerney, III, Esquire             T. William A. Caldwell, Esquire
BPR #: 035859                           BPR #: 27130
Morgan & Morgan, Tampa, P.A.          Ortale Kelley
One Tampa City Center                  330 Commerce Street, Suite 110
201 North Franklin Street, 7th Floor     Nashville, TN 37201
Tampa, FL 33602                    Telephone: (615) 256-9999
Telephone: (813) 223-5505           wcaldwell@ortalekelley.com
Facsimile: (813) 223-5402             *Counsel for Defendant*
fkerney@forthepeople.com
snazario@forthepeople.com
mmartinez@forthepeople.com
*Counsel for Plaintiff*